UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEDZILLA, INC.,

    Plaintiff(s),

v.

SCISTAFF SERVICES, LLC, et al.,

    Defendant(s).

NO. C06-506P

ORDER ON MOTION REQUESTING CONTINUANCE

The above-entitled Court, having received and reviewed:

1. Defendant McKearney's Motion Requesting Continuance for Purposes of Retaining Counsel and Discovery

2. Medzilla's Response to Defendant McKearney's Motion Requesting Continuance for Purposes of Retaining Counsel and Discovery

3. Defendant's Answer to Plaintiff Response to Defendant Request for Continuance

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that Defendants are granted 20 days from the date of this order to

1.     Obtain counsel for the corporate defendants

2.     Respond to Plaintiff's Motion for Default

IT IS FURTHER ORDERED that the following motions by Defendants shall be STRICKEN pending a ruling on Defendant's motion for default; to the extent necessary, they will be RE-NOTED on the Court's motion calendar following that ruling:

1.     MOTION Requesting that Presiding Judge Reverse Decision to Award Costs in process service to Medzilla at the expense of defendants (Dkt. No. 21)

2.     MOTION to Dismiss claim against Scott J. McKearney (Dkt. No. 23)

**ORDER ON MOTION**
**FOR CONTINUANCE - 1**

3.   MOTION to Dismiss claim against Scott J. McKearney Inc. (Dkt. No. 24)

4.   MOTION to Dismiss claim against Scientificminds.com (Dkt. No. 25)

5.   MOTION to Dismiss claim against LeadingScience.com (Dkt. No. 26)

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October 12, 2006

_____
Marsha J. Pechman
U.S. District Judge

**ORDER ON MOTION**
**FOR CONTINUANCE  - 2**