UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEDZILLA, INC.,

    Plaintiff(s),

v.

SCISTAFF SERVICES, LLC, et al.,

    Defendant(s).

NO. C06-506P

ORDER ON MOTION TO EXCLUDE PLAINTIFF'S MOTION FOR ATTORNEY FEES

The above-entitled Court, having received and reviewed:

1. Defendant Scott McKearney's Motion to Exclude Plaintiff's Motion for Attorney Fees Contained in Its Response to Motion to Amend Answer
2. Plaintiff Medzilla, Inc.'s Response to Defendant Scott McKearney's Motion to Exclude Plaintiff's Motion for Attorney Fees Contained in Its Response to Motion to Amend Answer
3. McKearney Defendants' Reply to Plaintiff's Response to Defendant McKearney's Motion to Strike.

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that Defendant McKearney's Motion to Exclude is DENIED.

IT IS FURTHER ORDERED that Plaintiff Medzilla Inc.'s Motion for Attorney Fees is DENIED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December __15_, 2006

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN
TO STRIKE - 1**