THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEDZILLA, INC.,<br><br>        Plaintiff,<br><br> v.<br><br>SCISTAFF SERVICES LLC, a New Jersey limited liability company; LEADINGSCIENCE.COM, a Massachusetts sole proprietorship; S.J. McKEARNEY, INC., a Massachusetts corporation; and SCOTT McKEARNEY, an individual,<br><br>        Defendants.<br>_____<br>S. J. McKEARNEY, INC., a Massachusetts corporation,<br><br>        Third-Party Plaintiff,<br><br> v.<br><br>SCISTAFF SERVICES, LLC, a New Jersey limited liability company,<br><br>        Third-Party Defendant. | No. CV06-0506-MJP<br><br>**ORDER ON MOTIONS TO DISMISS FOURTH PARTY COMPLAINT AND MOIDFY SCHEDULING ORDER** |

   The Court has received and reviewed the Amended Motion to Dismiss Fourth Party Complaint Against Scott McKearney (Dkt. No. 82) and Scistaff's Motion to Modify Scheduling Order and Compel Rule 16(b) and 26(f) Conferences (Dkt. No. 90), and all

ORDER ON MOTIONS - 1
Case No. CV06-0506 MJP

1 responsive pleadings, exhibits and declarations.  The Court rules as follows:

2     IT IS ORDERED that the motion to dismiss the fourth party complaint is DENIED.

3     IT IS FURTHER ORDERED that the parties are to meet and confer pursuant to FRCP 16(b) and 26(f) and file a revised Joint Status Report with the Court by no later than **January 7, 2008** which suggests any modifications to the current case schedule that the parties deem appropriate.

DATED this 10th day of December, 2007.

    /s/ Marsha J. Pechman
    Hon. Marsha Pechman

ORDER ON MOTIONS - 2
Case No. CV06-0506 MJP

## **DECLARATION OF SERVICE**

I, Taunja VanderVaate, hereby make the following Declaration from personal knowledge:  On Ocober 19, 2007, I presented the attached document to the Clerk of the Court for filing and uploading to the CM/EFC system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

>Dennis John McGlothin, WSBA #28177
>Attorneys for Defendants
>OLYMPIC LAW GROUP
>1221 E Pike Street, Suite 205
>Seattle, WA  98122-3930
>Email: dennis@olympiclaw.com
>
>M. Owen Gabrielson, Esq.
>Graham & Dunn PC
>Pier 70
>2801 Alaskan Way, Suite 300
>Seattle, WA  98121-1128
>E-Mail: ogabrielson@grahamdunn.com

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 19th day of October, 2007, at Seattle, Washington.

>/s/ Taunja C. VanderVaate
>Taunja C. VanderVaate

ORDER ON MOTIONS - 3
Case No. CV06-0506 MJP